AO 440 (Rev. 10/2002) Summons in a Civil Case

### UNITED STATES DISTRICT COURT
#### Southern District of Florida

Filed by OTS  D.C.
ELECTRONIC

Dec. 28, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case Number: 10-81586-CIV-MARRA/JOHNSON
**10-81631-Civ-Marra/Johnson**

Plaintiff  RONALD LAWRENCE

v.

Defendant  JP MORGAN CHASE BANK, NA

#### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

JP MORGAN CHASE BANK, NA
C/O CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RONALD LAWRENCE
10618 VERSAILLES BLVD
WELLINGTON, FL 33449

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**December 28, 2010**



Steven M. Larimore
Clerk of Court

SUMMONS    DATE

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts